UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,                   Civil Action No.08-CV-5110 (JSR)
        -against-

                                                       **NOTICE OF APPEARANCE**

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

                        Defendants.
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that the undersigned, together with Douglas T. Burns, Esq., have been retained by the defendant JOSEPH A. FONTANETTA. Mr. Burns and I are both admitted to practice law in this district and are both in good standing. I respectfully request that all papers and documents regarding this action be forwarded to the undersigned at the address provided below.

Dated: Westbury, New York
         June 5, 2008

                                                   Yours, etc.,

                                                   RANDY SCOTT ZELIN, P.C.

                      By:   _____
                                                 RANDY SCOTT ZELIN (RZ-2387)
                                                 675 Old Country Road
                                                 Westbury, New York 11590
                                                 516.997.6900
                                                 516.997.3278 (fax)
                                                 Rsz@rszpc.com