UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

        Defendants.

Civil Action No.
08-cv-5110 (JSR)

---

## MOTION TO ADMIT COUNSEL
## *PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Tami S. Stark, Counsel for the United States Securities and Exchange Commission and a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *Pro Hac Vice* of

    Nuriye C. Uygur
    U.S. Securities and Exchange Commission
    Mellon Independence Center
    701 Market Street, Suite 2000
    Philadelphia, PA 19106
    Telephone: (215) 597-3100
    Telefax: (215) 597-2740

Nuriye C. Uygur is a member in good standing of the Bar of the State of Pennsylvania. There are no pending disciplinary proceedings against Nuriye C. Uygur in any State or Federal Court. The undersigned respectfully requests that this Court admit

Nuriye C. Uygur to practice before it in the above-captioned matter.

                              Respectfully submitted,

                              */s/ Tami Stark*
                              Tami S. Stark, (NY TSS8321)
                              **Securities and Exchange Commission**
                              Mellon Independence Center
                              701 Market Street, Suite 2000
                              Philadelphia, PA. 19106
                              Telephone:  (215) 597-3100
                              Facsimile:   (215) 597-2740

Dated:  June 12, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>Defendants. | Civil Action No.<br>08-cv-5110 (JSR) |

**DECLARATION OF NURIYE C. UYGUR IN SUPPORT OF MOTION FOR
*ADMISSION PRO HAC VICE***

Nuriye C. Uygur, under penalty of perjury, declares:

1. I am an attorney employed by the United States Securities and Exchange Commission.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (PA Bar No. 88930). I have never been subject to disciplinary proceedings or criminal charges.

3. I am familiar with the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Southern District of New York, Federal Rules of Evidence, and the Pennsylvania Rules of Professional Conduct and I understand that I am subject to the disciplinary jurisdiction of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Nuriye C. Uygur

Dated: June 12, 2008



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

**Nuriye Catherine Uygur, Esq.**

DATE OF ADMISSION

*June 21, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 9, 2008

_____
Patricia A. Johnson
Chief Clerk

## CERTIFICATE OF SERVICE

I hereby certify this 12th day of June, 2008, I caused the foregoing Motion for *Pro Hac Vice* Admission of Nuriye Uygur to be served as indicated below:

<u>Via U.S. Mail</u>

Randy Scott Zelin, Esq.
Douglas Burns, Esq.
Randy Scott Zelin, P.C.
675 Old Country Road
Westbury, New York 11590
(Counsel for Joseph Fontanetta)

Irving M. Einhorn, Esq.
Law Offices of Irving M. Einhorn
1710 10th Street
Manhattan Beach, CA 90266
(Counsel for Burr B. McKeehan)

_____
Tami S. Stark (NY TSS8321)
Attorney for Plaintiff:
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>Defendants. | Civil Action No.<br>08-cv-5110 (JSR) |

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF NURIYE C. UYGUR**

Upon the motion of Tami S. Stark, attorney for the U.S. Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Nuriye C. Uygur

U.S. Securities and Exchange Commission

Mellon Independence Center, 701 Market Street, Suite 2000

Philadelphia, PA 19106

Telephone: (215) 597-3100   Fax: (215) 597-2740

uygurn@sec.gov

is admitted to practice pro hac vice as counsel for U.S. Securities and Exchange Commission, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: June ____, 2008

_____
United States District/Magistrate Judge