UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-20-08
```

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

    Defendants.

Civil Action No.
08-cv-5110 (JSR)

## ORDER FOR ADMISSION
### *PRO HAC VICE* OF NURIYE C. UYGUR

Upon the motion of Tami S. Stark, attorney for the U.S. Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Nuriye C. Uygur

    U.S. Securities and Exchange Commission

    Mellon Independence Center, 701 Market Street, Suite 2000

    Philadelphia, PA 19106

    Telephone: (215) 597-3100   Fax: (215) 597-2740

    uygurn@sec.gov

is admitted to practice pro hac vice as counsel for U.S. Securities and Exchange Commission, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: June __19__, 2008

_____
United States District/Magistrate Judge