AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

v.

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

        Defendants.

**APPEARANCE**

Case Number: 08-cv-5110 (JSR)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff: Securities and Exchange Commission

I certify that I am admitted to practice in this court.

6-20-2008
Date

Signature

NURIYE C. UYGUR     PA 88930
Print Name     Bar Number

Mellon Independence Center, 701 Market Street, Suite 2000
Address

| Philadelphia | PA | 19106 |
| City | State | Zip Code |

(215) 597-2987     (215) 597-2740
Phone Number     Fax Number