UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>Defendants. | Civil Action No.<br>08-cv-5110 (JSR) |

**MOTION FOR ADMISSION**
***PRO HAC VICE* OF JENNIFER L. CRAWFORD**

Please take notice that the undersigned, Tami S. Stark, Counsel for the United States Securities and Exchange Commission, is requesting the *Pro Hac Vice* Admission of Jennifer L. Crawford, an attorney admitted to practice and a member in good standing in the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Jennifer L. Crawford in any State of Federal Court. The undersigned respectfully requests that this Court admit Jennifer L. Crawford to practice before it in the above-captioned matter.

Respectfully submitted,

_____
Tami S. Stark, (NY TSS8321)
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA. 19106
Telephone: (215) 597-3100
Facsimile: (215) 597-2740

Dated: June 25, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>            v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>              Defendants. | Civil Action No.<br>08-cv-5110 (JSR) |

**DECLARATION OF JENNIFER L. CRAWFORD IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Jennifer L. Crawford, under penalty of perjury, declares:

1. I am an attorney employed by the United States Securities and Exchange Commission.

2. I am a member in good standing of the Bar of the Commonwealth of Pennsylvania (PA Bar No. 200082). I have never been subject to disciplinary proceedings or criminal charges.

3. I am familiar with the Federal Rules of Civil Procedure, Local Rules of the United States District Court for the Southern District of New York, Federal Rules of Evidence, and the Pennsylvania Rules of Professional Conduct and I understand that I am subject to the disciplinary jurisdiction of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Jennifer L. Crawford

Dated: June 25, 2008



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Jennifer Lynn Crawford, Esq.*

**DATE OF ADMISSION**

*October 17, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: June 23, 2008**

John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>Defendants. | Civil Action No.<br>08-cv-5110 (JSR) |

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF JENNIFER L. CRAWFORD**

Upon the motion of Tami S. Stark, attorney for the U.S. Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

Jennifer L. Crawford

U.S. Securities and Exchange Commission

Mellon Independence Center, 701 Market Street, Suite 2000

Philadelphia, PA 19106

Telephone: (215) 597-3100   Fax: (215) 597-2740

crawfordj@sec.gov

is admitted to practice pro hac vice as counsel for U.S. Securities and Exchange Commission, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated:  June ____, 2008

_____
United States District/Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify this 25th day of June, 2008, I caused the foregoing Motion for *Pro Hac Vice* Admission of Jennifer L. Crawford to be served as indicated below:

<u>Via U.S. Mail</u>

Randy Scott Zelin, Esq.
Douglas Burns, Esq.
Randy Scott Zelin, P.C.
675 Old Country Road
Westbury, New York 11590
(Counsel for Joseph Fontanetta)

Irving M. Einhorn, Esq.
Law Offices of Irving M. Einhorn
1710 10th Street
Manhattan Beach, CA 90266
(Counsel for Burr B. McKeehan)

_____
Tami S. Stark (NY TSS8321)
Attorney for Plaintiff:
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100