UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

    Defendants.

Civil Action No.
08-cv-5110 (JSR)

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF JENNIFER L. CRAWFORD**

Upon the motion of Tami S. Stark, attorney for the U.S. Securities and Exchange Commission and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Jennifer L. Crawford

    U.S. Securities and Exchange Commission

    Mellon Independence Center, 701 Market Street, Suite 2000

    Philadelphia, PA 19106

    Telephone: (215) 597-3100  Fax: (215) 597-2740

    crawfordj@sec.gov

is admitted to practice pro hac vice as counsel for U.S. Securities and Exchange Commission, in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7-7-08]

this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: ~~June~~ 7/7, 2008

_____
United States District/~~Magistrate~~ Judge

## CERTIFICATE OF SERVICE

I hereby certify this 25th day of June, 2008, I caused the foregoing Motion for *Pro Hac Vice* Admission of Jennifer L. Crawford to be served as indicated below:

Via U.S. Mail

Randy Scott Zelin, Esq.
Douglas Burns, Esq.
Randy Scott Zelin, P.C.
675 Old Country Road
Westbury, New York 11590
(Counsel for Joseph Fontanetta)

Irving M. Einhorn, Esq.
Law Offices of Irving M. Einhorn
1710 10th Street
Manhattan Beach, CA 90266
(Counsel for Burr B. McKeehan)

_____
Tami S. Stark (NY TSS8321)
Attorney for Plaintiff:
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA 19106
(215) 597-3100