UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    v.

JOSEPH A. FONTANETTA and
BURR B. McKEEHAN,

    Defendants.

Civil Action No.
08-cv-5110 (JSR)
ECF CASE

---

## MOTION FOR LEAVE OF COURT TO
## PERMIT COUNSEL TO WITHDRAWL APPEARANCE

Plaintiff, the Securities and Exchange Commission ("Commission"), hereby moves this Court for leave to permit one of its attorneys to withdraw her appearance in this action. Trial Counsel, Amy J. Greer has appeared in this action pro hac vice. Ms. Greer has resigned from the Commission effective August 1, 2008. All other counsel who have entered appearances on behalf of the Commission shall continue their representation of the Plaintiff. A proposed order is attached.

Respectfully submitted,

s/

Amy J. Greer
Nuriye C. Uygur
Tami S. Stark, (NY TSS8321)
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA. 19106
Telephone: (215) 597-3100
Facsimile: (215) 597-2740

Dated: July 11, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : Civil Action No. |
| | : 08-cv-5110 (JSR) |
| JOSEPH A. FONTANETTA and | : ECF CASE |
| BURR B. McKEEHAN, | : |
| Defendants. | : |

**ORDER PERMITTING COUNSEL TO WITHDRAW APPEARANCE**

On the motion of plaintiff, Securities and Exchange Commission, for good cause shown, IT IS ORDERED that the motion is granted and Amy J. Greer is permitted to withdraw her appearance in this action.

Date: _____, 2008

_____
UNITED STATES DISTRICT JUDGE