UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH A. FONTANETTA and<br>BURR B. McKEEHAN,<br><br>Defendants. | Civil Action No.<br>08-cv-5110 (JSR)<br>ECF CASE |

## CERTIFICATE OF SERVICE

I hereby certify this 11th day of July, 2008, I caused a true and correct copy of the foregoing Motion for Leave of Court to Permit Counsel to Withdraw Appearance to be served upon the following via U.S. Postal Service, First Class Mail:

Randy Scott Zelin, Esq.
Douglas Burns, Esq.
Randy Scott Zelin, P.C.
675 Old Country Road
Westbury, New York  11590

Irving M. Einhorn, Esq.
Law Offices of Irving M. Einhorn
1710 10th Street
Manhattan Beach, CA 90266

s/
_____
Amy J. Greer
**Securities and Exchange Commission**
Mellon Independence Center
701 Market Street, Suite 2000
Philadelphia, PA  19106
(215) 597-3100